MARIA C. RODRIGUEZ (SBN 194201)
mcrodriguez@mwe.com
MARJORIE C. SOTO GARCIA (SBN 313290)
mcsotogarcia@mwe.com
**McDERMOTT WILL & EMERY LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3218
Telephone: +1 310 788 4126
Facsimile: +1 310 277 7390

Attorneys for Defendant,
TARGET CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION AT RIVERSIDE

| | |
|---|---|
| **MONIQUE MOFFETT JOHNSON**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**TARGET CORPORATION**, a Minnesota corporation, and DOES 1 through 100, Inclusive;<br><br>Defendants. | CASE NO. 5:23-cv-02105-SVW-KKX<br><br>Hon. Stephen V. Wilson<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br><br>Complaint Filed   September 7, 2023<br><br>Removal Filed   October 13, 2023 |

Plaintiff Monique Moffett-Johnson and Defendant Target Corporation (collectively the "Parties") by and through their respective counsel of record, hereby stipulate as follows:

The Parties hereby stipulate and agree that the matter between them has been resolved, and therefore, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Parties stipulate and agree that this action should be immediately dismissed with prejudice, with each party to bear its respective costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: April 2, 2024          McDERMOTT WILL & EMERY LLP

                              By: /s/ Marjorie C. Soto Garcia
                                  MARIA C. RODRIGUEZ
                                  MARJORIE C. SOTO GARCIA
                                  Attorneys for Defendant,
                                  TARGET CORPORATION

Dated: April 2, 2024          THE RAMIREZ LEGAL GROUP

                              By: /s/ April Ramirez
                                  APRIL RAMIREZ
                                  Attorney for Plaintiff,
                                  MONIQUE MOFFETT-JOHNSON